# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY C. DEBRILL, <br><br> Plaintiff, <br><br> -vs- <br><br> SELECT PORTFOLIO SERVICING, INC., <br><br> Defendant. | Case No. 3:17-cv-00431 <br><br> (JUDGE THOMAS M. ROSE) <br><br> **DISMISSAL ORDER** |

Upon stipulation of Plaintiff Jeffrey C. Debrill, by and through his attorneys, and Defendant Select Portfolio Servicing, Inc., by and through its attorneys, advising the Court of the following:

1. The parties having reached an agreement seek dismissal of this action, with prejudice.

THEREFORE, IT IS HEREBY ORDERED that this matter is hereby DISMISSED WITH PREJUDICE.

Date: 12/6/18

_____
Thomas M. Rose

HAVING SEEN AND AGREED:

/s/ H. Toby Schisler
H. Toby Schisler, Esq. (0068306)
DINSMORE & SHOHL, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
toby.schisler@dinsmore.com
*Counsel for Defendant Select Portfolio Servicing, Inc.*

/s/ Rosemary E. Scollard
Rosemary E. Scollard, Esq. (0040927)
Pro Seniors, Inc.
7162 Reading Road – Suite 1150
Cincinnati, Ohio 45237
Phone: (513) 458-5524
*Counsel for Jeffrey C. Debrill*